The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 71.231.164.231, <br><br> Defendant. | Case No.: 3:17-cv-05954-TSZ <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 71.231.164.231 are voluntarily dismissed *without prejudice*. Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED this 18th day of April, 2018

FOX ROTHSCHILD LLP

*s/ Bryan J. Case*
Bryan J. Case, WSBA #41781
*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
(3:17-cv-05954-TSZ)

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

1

55654274.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   s/ *Bryan J. Case*
        Bryan J. Case

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
(3:17-cv-05954-TSZ)

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
(206) 624-3600

2

55654274.v1